# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

CAROLYN MARTIN

Plaintiff

V.

JO ANNE B. BARNHART,
Commissioner of Social Security,
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:05-at-00854

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:   July 1, 2005**            /s/ Lawrence J. O'Neill
66h44d                               UNITED STATES MAGISTRATE JUDGE